Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN
& ASSOCIATES, LTD.
12896 Rices Crossing Road / P.O. Box 120
Oregon House, California 95962
Tel:  (530) 692-2267
Fax: (530) 692-2543
e-mail: agoldman@succeed.net

Attorneys for Plaintiffs LIEU THI TRUONG;
PHUONG LAN TRUONG; DET VAN TRUONG;
TON VAN TRUONG; and BIEU VAN TRUONG,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEU THI TRUONG; PHUONG LAN TRUONG; DET VAN TRUONG; TON VAN TRUONG; and BIEU VAN TRUONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and DOES 1-100, Jointly and Severally.<br><br>Defendants. | CASE  No. 2:10-cv-00506-MCE-KJN<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br>**(F.R.C.P Rule 15(a)(2)**<br><br>Complaint filed:  March 2, 2010 |

Pursuant to F.R.C.P. Rule 15(a)(2), the parties to this action, through their counsel of record set forth below, hereby stipulate that plaintiffs may file a First Amended Complaint.  The First Amended Complaint is for the purpose of naming DOE defendants Nos. 1, 2 and 3, who were previously referred to in the Complaint in paragraphs 5, 6 14, 15, 16, 17 (DOE No. 1), paragraph 23 (DOE Nos. 2 and 3), and other operative paragraphs in the original Complaint.

No additional substantive allegations are being made in the First Amended Complaint other than to identify these three defendants previously named as DOE Nos. 1, 2 and 3.

Dated:  May 11, 2010          ABRAHAM GOLDMAN & ASSOCIATES LTD.

                                      By:  */s/ Abraham N. Goldman*
                                           ABRAHAM N. GOLDMAN
                                           David Springfield
                                           Attorneys for Plaintiffs
                                           LISA V. TRUONG,
                                           PHUONG TRUONG, PEI TRUONG,
                                           TON TRUONG and BIEJ TRUONG

Dated:  May 11, 2010          LONGYEAR, O'DEA, & LAVRA, LLP
                                      By: */s/ Van Longyear*
                                             VAN LONGYEAR
                                           Attorney for defendants
                                           COUNTY OF SACRAMENTO,
                                             also sued erroneously as SACRAMENTO
                                           COUNTY SHERIFF'S DEPARTMENT

## **ORDER**

Pursuant to the Stipulation, and F.R.C.P. Rule 15(a)(2), plaintiff is hereby given leave to file the First Amended Complaint.

**IT IS SO ORDERED**.

Dated: May 12, 2010

                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE