Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN
& ASSOCIATES, LTD.
12896 Rices Crossing Road / P.O. Box 120
Oregon House, California 95962
Tel:  (530) 692-2267
Fax: (530) 692-2543
e-mail: agoldman@succeed.net

Attorneys for Plaintiffs LIEU THI TRUONG;
PHUONG LAN TRUONG; DET VAN TRUONG;
TON VAN TRUONG; and BIEU VAN TRUONG,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIEU THI TRUONG; PHUONG LAN TRUONG; DET VAN TRUONG; TON VAN TRUONG; and BIEU VAN TRUONG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.<br><br>　　　　Defendants. | CASE No. 2:10-cv-00506-MCE-KJN<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>**(F.R.C.P Rule 15(a)(2)**<br><br>Complaint filed:  March 2, 2010<br>First Amended Complaint:   5/12/10 |

　　　Pursuant to F.R.C.P. Rule 15(a)(2), the parties to this action, through their counsel of record set forth below, hereby stipulate that plaintiffs may file a Second Amended Complaint.  The Second Amended Complaint is for the purpose of naming DOE defendant No. 4, an alleged direct participant in certain claims in plaintiffs' Complaint and First Amended Complaint.  The identity of DOE No. 4, Sacramento County Officer CRAIG YONKER was unknown to

counsel for both plaintiffs and defendants at the time the Complaint and First Amended Complaint were filed. The underlying allegations involving DOE No. 4 were previously referred to in the First Amended Complaint in paragraphs 23-27 and other operative paragraphs in the First Amended Complaint.

No additional substantive allegations are being made in the Second Amended Complaint other than to identify this one unidentified defendant previously named as DOE No. 4.

Dated: July 15, 2010      ABRAHAM GOLDMAN & ASSOCIATES LTD.

          By:   */s/ Abraham N. Goldman*
            ABRAHAM N. GOLDMAN
            David Springfield, Attorneys for Plaintiffs
            LISA V. TRUONG,
            PHUONG TRUONG, PEI TRUONG,
            TON TRUONG and BIEJ TRUONG

Dated: July 15, 2010      LONGYEAR, O'DEA, & LAVRA, LLP
          By: */s/ Van Longyear*
            VAN LONGYEAR, Attorney for defendants
            COUNTY OF SACRAMENTO,
            also sued erroneously as SACRAMENTO
            COUNTY SHERIFF'S DEPARTMENT

## ORDER

Pursuant to the parties' Stipulation, and F.R.C.P. Rule 15(a)(2), plaintiffs are hereby given leave to file a Second Amended Complaint as enumerated above.

**IT IS SO ORDERED**.

Dated: July 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE