UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEU THI TRUONG, et al., | No. 2:10-cv-00506-MCE-KJN |
|     Plaintiffs, | |
|   v. | ORDER CONTINUING TRIAL |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
|     Defendants. | |

    YOU ARE HEREBY NOTIFIED the May 6, 2013 jury trial is vacated and advanced to **February 25, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **December 27, 2012.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the March 7, 2013 Final Pretrial Conference is vacated and advanced to **January 10, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **December 20, 2012,** and shall comply with the procedures outlined in the Court's December 1, 2010 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial

Conference.  Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **December 20, 2012.**  Oppositions must be filed by **December 27, 2012,** and any reply must be filed by **January 3, 2013.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: November 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE