LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
JENNIFER MARQUEZ, CSB NO. 232194
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants, County of Sacramento,
(Erroneously sued herein as Sacramento County Sheriff's Department);
Sgt. Jon Zwolinski; Deputy Kelly Smith; Deputy Dana Gilmour; Deputy Craig Yonker

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| LIEU THI TRUONG; PHUONG LAN TRUONG; DET VAN TRUONG; TON VAN TRUONG; and BIEU VAN TRUONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No.   2:10-CV-00506 MCE KJN<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER PERMITTING PAGES EXCEEDING LIMITATIONS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR ADJUDICATION**<br><br>**ORDER**<br><br>**Motion for Summary Judgment:**<br>Date:   September 20, 2012<br>Time:  2:00 PM<br>Ctrm: 7<br>The Honorable Morrison C. England, Jr. |

Defendants County of Sacramento, erroneously sued herein as Sacramento County Sheriff's Department, Sgt. Jon Zwolinski, Deputy Kelly Smith, Deputy Dana Gilmour and Deputy Craig Yonker, hereby apply for an order granting permission to exceed the 20-page limit prescribed in the Court's Scheduling Order dated March 29, 2012 (Doc. 30) for their Motion for Summary Judgment and/or Adjudication.

Pursuant to the Court's Scheduling Order (Doc. 30) there is a 20-page limit on all initial moving papers. Defendants require more than the allowed number of pages in order to properly and adequately address and support the Motion for Summary Judgment and/or Adjudication.

This case arises out of two cases combined. Plaintiffs Lieu Thi Truong, Phuong Lan Truong, Det Van Truong, Ton Van Truong, and Bieu Van Truong have brought action against the County of Sacramento, a Sheriff's Department Sergeant and three Sheriff's Department Deputies under various theories, including state law excessive force, false arrest, wrongful death and civil rights claims. Both cases arise out of an officer involved shooting and death of Giat Truong at Sun Valley Apartments.  In the first case, plaintiffs seek to recover damages on behalf of the estate and on their own behalf for the alleged wrongful death of Giat Truong.  In the second case, Giat's brother, Bieu Truong, was tasered and arrested when he raced into the apartment complex, through the crime scene tape, and jumped out of his automobile screaming at the officers and taunting them to shoot and kill him. When efforts to de-escalate failed, he was shot with Tasers, subdued, and arrested.

In order to address the various issues and theories, the defendants must discuss the following:

1. A statement of facts as to the encounter between the decedent, Giat Truong, and the individually named officer, Sgt. Jon Zwolinski;
2. A statement of facts as to the encounter between the decedent's mother, Lieu Truong, and defendants, in which not all facts are common to each named defendant;
3. A statement of facts as to the encounter between the decedent's brother, Bieu Truong, and the individually named officers, Deputies Yonker, Gilmour and Smith, in which not all facts are common to each named defendant;
4. An extensive statement of the policies and procedures used to train individual officers.

Defendants respectfully request permission to file a Memorandum of Points and Authorities not to exceed 35 pages in support of their Motion for Summary Judgment and/or Summary Adjudication.

Defendants' Ex Parte Application For An Order Permitting Pages Exceeding Limitations For Memorandum Of Points And Authorities In Support Of Motion For Summary Judgment and /or Adjudication And Order

Page 2

| | | |
|---|---|---|
| 1 | Dated: July 9, 2012 | LONGYEAR, O'DEA & LAVRA, LLP |
| 2 | | By: */s/ Van Longyear* |
| 3 | | VAN LONGYEAR |
| 4 | | Attorney for Defendants, County of Sacramento Sgt. Jon Zwolinski; Deputy Kelly Smith; Deputy Dana Gilmour; Deputy Craig Yonker |

**ORDER**

**IT IS SO ORDERED.**

Good cause appearing, IT IS HEREBY ORDERED that defendants' request is granted. Defendants shall file a Memorandum of Points and Authorities in support of Motion for Summary Judgment and/or Adjudication not to exceed thirty-five (35) pages.

Dated: July 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Defendants' Ex Parte Application For An Order Permitting Pages Exceeding Limitations For Memorandum Of Points And Authorities In Support Of Motion For Summary Judgment and /or Adjudication And Order

Page 3