LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants, County of Sacramento,
(Erroneously sued herein as Sacramento County Sheriff's Department);
Sgt. Jon Zwolinski; Deputy Kelly Smith; Deputy Dana Gilmour; Deputy Craig Yonker

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEU THI TRUONG; PHUONG LAN TRUONG; DET VAN TRUONG; TON VAN TRUONG; and BIEU VAN TRUONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No.   2:10-CV-00506 MCE AC<br><br>Action Filed: 4/6/10<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications to this Court's Amended Pretrial Scheduling Order, dated July 24, 2012, Docket No. 46.

The parties propose the following schedule:

- That the last day to file and serve a dispositive motion currently set for January 24, 2013 be **moved to March 21, 2013 (8 weeks prior to hearing).**

- That the last day to file and serve an opposition and any cross-motion currently set for February 14, 2013 be **moved to April 11, 2013 (5 weeks prior to hearing).**

- That the last day to file and serve a reply to an opposition and any cross-motion currently set for February 28, 2013 be **moved to April 25, 2013 (3 weeks prior to hearing).**

1     • That the last day to file and serve a reply to a cross-motion currently set for March 28,
2        2013 be **moved to May 9, 2013 (1 week prior to hearing).**
3     • That the last day to hear dispositive motions currently set for March 21, 2013, at 2:00 PM
4        **be moved to May 16, 2013, at 2:00 PM.**

This modification is requested because the parties are unable to complete the depositions of experts prior to the dispositive motion filing deadline of January 24, 2013. The parties disclosed experts on November 29, 2012. Plaintiffs' counsel commenced a trial at the beginning of December and anticipates that the trial will be completed at the end of this week. The parties agree to extend the hearing date for dispositive motions until May 16, 2013 and agree to the above briefing schedule based on the Court's Motion Hearing Schedule in the Amended Pretrial Scheduling Order, dated July 24, 2012, Docket No. 46.

**IT IS SO STIPULATED.**

Dated: January 9, 2013       LONGYEAR, O'DEA & LAVRA, LLP

                                           By: */s/ Van Longyear* .
                                                  VAN LONGYEAR
                                                  Attorney for Defendants,
                                                  County of Sacramento
                                                  Sgt. Jon Zwolinski; Deputy Kelly Smith;
                                                  Deputy Dana Gilmour; Deputy Craig Yonker

Dated: January 9, 2013       GEONETTA & FRUCHT, LLP

                                           By: */s/Kenneth N. Frucht* .
                                                KENNETH N. FRUCHT
                                                FREDERICK J. GEONETTA
                                                LYNDON Y. CHEE
                                                Attorneys for Plaintiffs

        **IT IS SO ORDERED.**

Dated: January 22, 2013

                                           _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT