LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
AMANDA L. McDERMOTT, CSB NO. 253651
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500  Fax: 916 974-8510

Attorneys for Defendants, County of Sacramento,
(Erroneously sued herein as Sacramento County Sheriff's Department);
Sgt. Jon Zwolinski; Deputy Kelly Smith; Deputy Dana Gilmour; Deputy Craig Yonker

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEU THI TRUONG; PHUONG LAN TRUONG; DET VAN TRUONG; TON VAN TRUONG; and BIEU VAN TRUONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No.   2:10-CV-00506 MCE AC<br><br>Action Filed: 4/6/10<br><br>**STIPULATION FOR PARTIAL DISMISSAL;  ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and through their undersigned counsel, as follows:

1. Defendants KELLY SMITH, DANA GILMOUR, and CRAIG YONKER shall be dismissed with prejudice;

2. Plaintiff's Third Cause of Action for use of excessive force and false arrest in violation of the Fourth and Fourteenth Amendments shall be dismissed with prejudice;

3. Plaintiff BIEU VAN TRUONG's claims asserted individually as to the Fourth, Fifth, Sixth, Seventh, and Eighth Causes of Action shall be dismissed with prejudice;

4. Plaintiff's Eleventh Cause of Action for Violation of Civil Code Section 51.7 shall be dismissed without prejudice;

5. Plaintiff's claims relating to racial and/or national origin profiling, animus, or discrimination as asserted in the First, Second, and Fourth Causes of Action shall be dismissed without prejudice; and

6. All parties to bear their own fees and costs as to the above claims.

7. The case otherwise remains active with respect to the remaining claims and defendants.

**IT IS SO STIPULATED.**

Dated: June 20, 2013                    GEONETTA & FRUCHT, LLP

By: /s/ *Kenneth N. Frucht*
    KENNETH N. FRUCHT
    FREDERICK J. GEONETTA
    Attorneys for Plaintiffs

Dated: June 20, 2013                    LONGYEAR, O'DEA & LAVRA, LLP

By: /s/ *Van Longyear*
    VAN LONGYEAR
    Attorney for Defendants, County of Sacramento Sgt. Jon Zwolinski, Kelly Smith, Dana Gilmour, and Craig Yonker

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that:

1. This matter is dismissed in its entirety with prejudice with respect to the claims asserted against Defendants KELLY SMITH, DANA GILMOUR, and CRAIG YONKER, with each side to bear their own attorney's fees and costs;

2. Plaintiff's Third Cause of Action, for use of excessive force and false arrest in violation of the Fourth and Fourteenth Amendments shall be dismissed with prejudice, with each side to bear their own attorney's fees and costs;

3. Plaintiff BIEU VAN TRUONG's claims asserted individually as to the Fourth, Fifth, Sixth, Seventh, and Eighth Causes of Action shall be dismissed with prejudice, with each side to bear their own attorney's fees and costs;

4. Plaintiff's Eleventh Cause of Action for Violation of Civil Code Section 51.7 against all defendants shall be dismissed without prejudice, with each side to bear their own attorney's fees and costs; and

5. Plaintiff's claims relating to racial and/or national origin profiling, animus, or discrimination as asserted in the First, Second, and Fourth Causes of Action shall be dismissed without prejudice, with each side to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: June 25, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT