1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   LIEU THI TRUONG, ET AL.,          No. 2:10-cv-00506-MCE-AC

12          Plaintiffs,

13      v.                          ORDER CONTINUING TRIAL

14   SACRAMENTO COUNTY SHERIFF'S
     DEPARTMENT, ET AL.,
15
            Defendants.
16   _____/

17      YOU ARE HEREBY NOTIFIED the August 4, 2014 jury trial is

18   vacated and continued to **August 18, 2014,** at **9:00 a.m.** in

19   Courtroom 7.  The parties shall file trial briefs not later than

20   **June** 12**, 2014.**  Counsel are directed to Local Rule 285 regarding

21   the content of trial briefs.

22      Accordingly, the June 12, 2014 Final Pretrial Conference is

23   vacated and continued to **June 26, 2014,** at **2:00 p.m.** in Courtroom

24   7.  The Joint Final Pretrial Statement is due not later than

25   **June 5, 2014** and shall comply with the procedures outlined in the

26   Court's  Pretrial Scheduling Order.  The personal appearances of

27   the trial attorneys or person(s) in pro se is mandatory for the

28   Final Pretrial Conference.

                                   1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **June 5, 2014.**  Oppositions must be filed by **June 12, 2014** and any reply must be filed by **June 19, 2014.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE