1  LONGYEAR, O'DEA & LAVRA, LLP
   VAN LONGYEAR, CSB NO. 84189
2  AMANDA L. McDERMOTT, CSB NO. 253651
   PETER C. ZILAFF, CSB NO. 272658
3  3620 American River Drive, Suite 230
   Sacramento, California 95864-5923
4  Tel: 916-974-8500 Fax: 916 974-8510

5  Attorneys for Defendants, County of Sacramento,
   (Erroneously sued herein as Sacramento County Sheriff's Department);
6  Sgt. Jon Zwolinski

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 LIEU THI TRUONG; PHUONG LAN          **Case No.   2:10-CV-00506 MCE AC**
   TRUONG; DET VAN TRUONG; TON          Action Filed: 4/6/10
11 VAN TRUONG; and BIEU VAN
   TRUONG,
12
                                        **STIPULATION FOR PARTIAL**
        Plaintiffs,                     **DISMISSAL AND ORDER**
13

14 v.

15 COUNTY OF SACRAMENTO, et al.,

16      Defendants.

17

18

19      IT IS HEREBY STIPULATED AND AGREED by the parties to this action, by and

20 through their undersigned counsel, as follows:

21      1.      Plaintiffs PHUONG LAN TRUONG, DET VAN TRUONG, TON VAN

22 TRUONG and BIEU VAN TRUONG are dismissed with prejudice;

23      2.      Plaintiff LIEU THI TRUONG's Fourth Amendment claim relating to her

24 detention is dismissed with prejudice.

25      3.      The second claim for relief for violation of Plaintiff LIEU TRONG's individual

26 Fourth Amendment rights is dismissed with prejudice.

27      4.      All parties to bear their own fees and costs as to the above claims.

28

**IT IS HEREBY STIPULATED.**

Dated: December 3, 2014                     GEONETTA & FRUCHT, LLP

                                            By: /S/: Kenneth N. Frucht
                                                 KENNETH N. FRUCHT
                                                 Attorneys for Plaintiffs


Dated: December 3, 2014                     LONGYEAR, O'DEA & LAVRA, LLP

                                            By: /S/: Peter C. Zilaff
                                                 VAN LONGYEAR
                                                 PETER C. ZILAFF
                                                 Attorney for Defendants, County of
                                                 Sacramento Sgt. Jon Zwolinski,


**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that:

1.     Plaintiffs PHUONG LAN TRUONG, DET VAN TRUONG, TON VAN TRUONG and BIEU VAN TRUONG are dismissed with prejudice;

2.     Plaintiff LIEU THI TRUONG's Fourth Amendment claim relating to her detention is dismiss with prejudice.

3.     The second claim for relief for violation of Plaintiff LIEU TRONG's individual Fourth Amendment rights is dismissed with prejudice.

4.     All parties to bear their own fees and costs as to the above claims.

**IT IS SO ORDERED.**

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Partial Dismissal and Order
Page 2