1  Kenneth N. Frucht, (SBN 178881)
   Frederick J. Geonetta (SBN 114824)
2  GEONETTA & FRUCHT, LLP
   825 Washington St., Suite 220
3  Oakland, CA  94607
   Tel:    (510) 254-3775
4  Attorneys for Plaintiffs Lieu Thi Truong

**DENIED**
11-3-15- ODW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEU THI TRUONG; PHUONG LAN TRUONG; DET VAN TRUONG; TON VAN TRUONG; and BIEU VAN TRUONG<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al<br><br>Defendants. | Case No.  2:10-CV-00506-ODW<br><br><br>~~STIPULATION AND [PROPOSED]~~ ORDER SHORTENING TIME TO HEAR MOTION TO CONTINUE TRIAL DATE |

The parties hereby agree and stipulate that Plaintiff's motion to continue the trial date by two weeks may be heard on shortened time, as there is insufficient time before the December 7, 2015 trial date to hear the motion or regular notice.

IT IS SO STIPULATED

Dated: November 2, 2015


Geonetta & Frucht LLP                                Longyear, O'Dea & Lavra, LLP



/s/ Kenneth Frucht                                   /s/ Amanda McDermott
By: Kenneth Frucht                                   By: Amanda McDermott
Attorney for Plaintiff                               Attorneys for Defendants

1    Having considered Plaintiff's Ex Parte Application to Shorten Time to Hear a motion to

2    continue the trial date, and good cause appearing, it is HEREBY ORDERED that the application for

3    an Order Shortening Time is GRANTED.  Any opposition to Plaintiff's motion shall be filed by

4    November _____.  The hearing on Plaintiff's motion shall be heard on November _____ 2015.

5    IT IS SO ORDERED

6

7

8    **DENIED**                    November 3, 2015

     _____

9    Judge Otis D. Wright, II.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRUONG v. COUNTY OF SACRAMENTO, et al.
Eastern District Court Case No. 2:10-CV-00506
STIPULATION AND PROPOSED ORDER