1 | LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
2 | AMANDA L. McDERMOTT, CSB NO. 253651
PETER C. ZILAFF, CSB NO. 272658
3 | 3620 American River Drive, Suite 230
Sacramento, California 95864-5923
4 | Tel: 916-974-8500 Fax: 916 974-8510

5 | Attorneys for Defendants, County of Sacramento,
(Erroneously sued herein as Sacramento County Sheriff's Department);
6 | Sgt. Jon Zwolinski

**FILED**

DEC 1 6 2015

CLE™ U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10 | LIEU THI TRUONG; PHUONG LAN TRUONG; DET VAN TRUONG; TON VAN TRUONG; and BIEU VAN TRUONG,
11 |
12 |     Plaintiffs,
13 | v.
14 | COUNTY OF SACRAMENTO, et al.,
15 |     Defendants.
16 |

**Case No.   2:10-cv-0506- ODW**

Action Filed: 4/6/10

**ORDER ON STIPULATION OF FACTS RE: CLARISSA WILSON**

Date:   December 7, 2015
Time:   9:00 a.m.
Ctrm:   1

Before the Honorable Otis D. Wright, II

17

18      The parties have stipulated that if Clarissa Wilson was called to testify, she would testify

19 to certain facts, as stated in the stipulation submitted by the parties and read to the jury on

20 December 16, 2015.

21      For good cause showing, the following testimony of Clarissa Wilson, is admitted fact in

22 the above-entitled case:

23      1.      On December 8, 2009, Clarissa Wilson was a detective employed by the City of

24 Sacramento, Sacramento Police Department.

25      2.      Detective Clarissa Wilson heard a call for Code 3 cover for an officer involved

26 shooting over her police radio while driving with her partner, Detective LeRose.

27      3.      In response to the call for help, Detective Wilson drove her police vehicle, with

28 lights and siren activated, to the Sun Valley Apartments.

[Proposed] Order on Stipulation of Facts re: Clarissa Wilson

1    4.    On arrival, Detective Wilson parked in the parking lot of the apartments located

2   immediately north of the complex.

3    5.    Detective Wilson ran with her partner generally southeast to the breezeway.

4    6.    She looked into the breezeway and saw Mr. Truong and also noticed the presence

5   of a collapsible baton and a flashlight.

6    7.    Detective Wilson used 3" by 5" cards to place over or next to 3 spent bullet

7   casings to keep them from being moved by other responders.

8    8.    Detective Wilson checked to see if Mr. Truong was still breathing. She checked

9   his carotid artery and felt a very faint pulse, and Mr. Truong made several slow, faint deep

10   breaths.

11    9.    Detective Wilson advised that Mr. Truong still had a pulse and was breathing.

12    10.   After several minutes, it appeared that Mr. Truong stopped breathing.  Shortly

13   after Detective Wilson noticed that Mr. Truong stopped breathing, medics arrived at the scene.

14

15

16   **IT IS SO ORDERED.**

17

18   Date: December 16, 2015                      /s/   **Otis D. Wright, II**
                                                   **Honorable Otis D. Wright, II**
19

20

21

22

23

24

25

26

27

28

[Proposed] Order on Stipulation of Facts re: Clarissa Wilson